UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

IN RE

Case No 6:07-bk-00188-ABB

Chapter 13

ALFRED LEON NOSLER,

Debtor

_____/

## MOTIONS FOR SANCTIONS AGAINST

## LORI PATTON, LAW OFFICE OF LORI PATTON P. A

COMES NOW the creditor Dr Robert D Forbes & Assoc P.C;/Town Center Vision files this motion for sanctions against Lori Patton, Law office of Lori Patton, P.A and in support thereof would state:

1. On May 10th 2006, the debtor Alfred L Nosler presented to our office for Cataract Post Operative Care of his right eye incurring a charge of $270.00(exhibit A, fee slip #604134, Highlighted in yellow and exhibit B attached billing history).
2. On June 7th 2006, the debtor Alfred L Nosler presented to our office for Cataract Post Operative Care of his left eye incurring a charge of $270.00(Exhibit C Fee slip # 604522 highlighted in green and exhibit D attached billing history).
3. On March 12th 2007, Our office received Schedule F (Exhibit F highlighted blue) adding Dr Robert D Forbes & Assoc P.C /Town Center Vision for the relief of fee flip # 604134 (Exhibit A) unsecured debt in the amount of $270.00 and immediately adjusted off $270.00. (Exhibit B highlighted in orange)
4. No further statements were sent to the Debtor for fee slip #604134(Exhibits A and B, Highlighted yellow/orange respectively).
5. At no point in time have we received <u>any</u> indication from the Court or the office of Lori Patton that the debt incurred shown in fee slip #604522 (exhibit C and D) was to be or had been included in schedule F (Exhibit F highlighted blue), nor have we received any instruction from the Court to dismiss the debt reflected in fee slip #604522 (exhibit C and D).
6. On April 3rd 2007, Our office sent by U.S. Mail an invoice in the amount of $270.00 to the Debtor for the remaining $270.00 fee slip #604522 (exhibit C and D).. This portion of the debt was neither listed in Schedule F nor to our knowledge been dismissed by the Courts.

7. On May 4th 2007, our office again sent, by U.S. Mail, an invoice in the amount of $270.00 to the Debtor for the remaining $270.00 fee slip #604522 (exhibit C and D). Again to our knowledge, this portion of the debt was neither listed in Schedule F (Exhibit F highlighted blue) nor had it been dismissed by the Courts.
8. On June 4th 2007, Debtors counsel Lori Patton contacted the office of Dr Robert D Forbes & Assoc. P.C./Town Center Vision by telephone and spoke with Dr's Office Manager, Lori Patton stated in a hostile and threatening manner that she was holding both Dr Robert D Forbes and his Office Manager in *"Contempt of Court."*
During the conversation with Dr's Office Manager on June 4th 2007, Lori Patton indicated that she was unaware that there were two (2) invoices, and that she would file an amendment to the remaining $270.00 fee slip #604522 (exhibit C and D) included, Lori Patton further stated that our office should refrain from billing the Debtor for the remaining balance that was <u>not</u> included in the original bankruptcy filing pending receipt of Court notice of amendment, or face *"Contempt of Court"* charges.
9. On June 4th 2007, Dr Robert Forbes personally contacted by telephone the office Lori Patton P.A. to clarify that Lori Patton clearly understood the Debtor had Two (2) separate outstanding invoices. Dr Robert Forbes furthered clarified that our office had already as Court the instructed, adjusted off the $270.00, fee slip #604134 (exhibit A and B) shown in Schedule F, but that the Debtor still has an outstanding balance of $270.00 which was <u>not</u> included in the bankruptcy relief settlement. The office of Lori Patton clearly verbally indicated that they now clearly understood that there were Two (2) individual and separate invoices for two separate and individual services rendered, One (1) fee slip #604134 (exhibit A and B) covered by the bankruptcy proceedings, and One (1) fee slip #604522 (exhibit C and D) which was <u>not</u> covered by the bankruptcy proceedings.
10. On June 4th 2007, the office of Lori Patton during the above mentioned conversation with Dr Robert Forbes clearly stated that they intended to file an amendment to Schedule F, to include the second outstanding invoice of $270.00. Dr Robert D Forbes agreed to send no further statements to Debtor pending Court ordered relief of second invoice of $270.00. To my knowledge no amendment has been filed.
11. To date no harassment of the Debtor has occurred.
12. Dr Robert D Forbes had to file this motion as a result of Lori Patton's deceptive and unethical filing of a motion to sanction Dr Robert D Forbes & Assoc P.C;/Town Center Vision instead of filing the amendment to Schedule F as agreed, Lori Patton's gross incompetence with respect to failing to include second invoice in the initial bankruptcy proceedings, and then attempting to profit from her failure to include the second invoice at the expense of Dr Robert D Forbes & Assoc P.C;/Town Center Vision, and Lori Patton's harassment of the office of Dr Robert D Forbes & Assoc P.C;/Town Center Vision.
13. Dr Robert D Forbes & Assoc P.C./Town Center Vision Dr Robert D Forbes, and his staff have incurred time and expense, and duress as a result of the office of Lori Patton violating the above mentioned verbal agreement and failing to file an appropriate amendment, and harassing our office and staff

WHEREFORE, the Creditor requests the entry of an order

A. Dismissing the motion of the office of the Law Office or Lori Patton P.A. for sanctions on Dr Robert D Forbes & Assoc P.C./Town Center Vision.
B. Granting this motion;
C. Imposing sanctions in the amount of $5,000.00 against Lori Patton for gross incompetence, misrepresenting the court system for indicating she has the authority of the Judge to impose Contempt of Court. For violating a verbal agreement to file an amendment to schedule F which was to include second charge fee slip #604522 (exhibit C and D) in exchange for Dr Robert D Forbes & Assoc P.C;/Town Center Vision staying further attempts to collect on fee slip #604522 (exhibit C and D) pending receipt of evidence of such amendment from the Court which includes <u>second</u> invoice fee slip #604522 (exhibit C and D), for malicious harassment of Dr Robert D. Forbes and his billing staff, and for attempting to profit by manipulating and misrepresenting the facts of this case.
D. Awarding office processing fee to Dr Robert D Forbes & Assoc P.C; /Town Center Vision in the amount of $1000.00 for having to file this motion.
E. Awarding the claim to collect in full for the outstanding debt.
F. Granting in advance of any future hearings instigated by the office of Lori Patton against Dr Robert D Forbes & Assoc P.C;/Town Center Vision in this case accessible account funded in the amount of $20,000.00 to cover the expenses the following:
   1. Full first class air travel from Oregon to Florida for all parties involved
   2. Lodging of Dr Robert D Forbes & Assoc P.C; /Town Center Vision choice, for all parities needed to attend future hearings.
   3. All Expenses involved in traveling from Oregon to Florida for all parties involved
   4. All lost wages and practice income for Dr Robert D Forbes & Assoc P.C; /Town Center Vision, Dr Robert D. Forbes, and any and all parties deemed necessary to represent this case or any hearing related to this case.
   5. All fees incurred by Dr Robert D Forbes & Assoc P.C; /Town Center Vision related to retaining a Florida Attorney.
G. Granting any further relief this Court deems just and equitable

<u>/s/ Dr Robert D Forbes                    /</u>

Dr Robert D Forbes & Assoc P.C; /Town Center Vision
12000 SE 82nd Ave Suite 2012
Happy Valley Oregon 97086
Telephone: (503) 652-1479
Fax (503) 652-1690

## Certification of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Sanctions has been served this 26th day of June 2007 along with copies of all billing invoices and a forwarded copy of Amended Schedule F . The forgoing have been provided by U.P.S Second Day Air, postage prepaid, on this 26th day of June, 2007 to LeeAnn Bennett, Clerk of the Court, 135 West Central Boulevard Suite 950, Orlando, FL. 32801. And by United States first class mail, postage prepaid, on this 26th day of June, 2007 to The Law Office of Lori Patton P.A., 300 North Ronald Reagan Blvd, Suite 309, Longwood FL, 32750.

/s/ Dr Robert D Forbes            /

Dr Robert D Forbes & Assoc P.C; /Town Center Vision

12000 SE 82nd Ave Suite 2012

Happy Valley Oregon 97086

Telephone: (503) 652-1479 Fax (503) 652-1690

**Dr. Robert D. Forbes & Assoc.**
**P.C. / Town Center Vision**

Dr. Robert D. Forbes
12000 SE 82nd Ave. Suite 2012
Clackamas Town Center Mall,
Portland OR 97086
(503) 652-1479

I agree to pay for all services and materials rendered to me by Dr. Robert D. Forbes & Assoc. P.C. / Town Center Vision

Patient Signature

| Patient ID | Last Name | First Name | Account Responsibility | Fee Slip # |
|---|---|---|---|---|
| 3001652 | Nosler | Alfred | Nosler, Alfred L | 604134 |

| Superbill Description | Provider | Service Date | Transaction Date |
|---|---|---|---|
| | Dr. Robert D. Forbes | 5/10/2006 | 5/10/2006 |

| Referring Physician (Last, First) | UPIN | Facility Name |
|---|---|---|
| | | |

**Diagnostic Codes**
1. v43.1
2. 
3. 
4. 

**Patient Amount Owing (This Bill)**
0.00

Next Exam

Tax ID Number: 931285337

Prior Auth. #

| Short Cut | Cat | Services & Procedures | ID | CPT Code | Mod | Charge /Units | Units | Patient Discount | Tx | Tax | Patient Owes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 035 | 6 | Post Cataract Surgery Global Fee | 1 | 66984 | -55RT | 270.00 | 1 | 0.00 | | 0.00 | 270.00 |

Late Fee

**Total Charges** 270.00

**Initial Payment, Refund or Credit**

| Entered By | Visa/MC | Discover | Other Card | Cash | Check | Adjustmt. | Ins. Adj. | Patient Refund | Reverse Adjustmt. | Patient Credit | Pat. Appl. Credit | Payment Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

**Notes**

Exhibit A

Please Make Checks Payable To:

**Dr. Robert D. Forbes & Assoc. P.C. / Town Center Vision**
Dr. Robert D. Forbes
12000 SE 82nd Ave. Suite 2012
Clackamas Town Center Mall,
Portland OR 97086
(503) 652-1479

Nosler, Alfred L

10806 Se Sunnyside Rd.

Clackamas OR 97015

**Statement**

| Date | Total Charges | Insur. Owes | Secondary | Patient Owes |
|---|---|---|---|---|
| 06/24/07 | 270.00 | 0.00 | 0.00 | 0.00 |

Please Pay This Amount

| Account Name | Patient ID | Patient | Description | Slip # | Service Date |
|---|---|---|---|---|---|
| Nosler, Alfred L | 3001652 | Alfred | | 604134 | 05/10/06 |

| Date | Pat. Pay | Adjustmt | Ins Pay | Ins Adj | Sec Pay | Sec Adj | Services & Procedures | Units | Charge | Tx | Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/10/06 | | | | | | | Post Cataract Surgery Global | 1 | 270.00 | | 0.00 |
| 02/05/07 | | | | | | | | | | | |
| 03/05/07 | | | | | | | | | | | |
| 03/12/07 | | 270.00 | | | | | | | | | |
| Totals | | 270.00 | | | | | | | | | |

Late Fee [ ]

Total Charges [ 270.00 ]

Total Patient Adjustment [ 270.00 ]

Exhibit B

# Dr. Robert D. Forbes & Assoc. P.C. / Town Center Vision

Dr. Robert D. Forbes
12000 SE 82nd Ave. Suite 2012
Clackamas Town Center Mall,
Portland OR 97086
(503) 652-1479

I agree to pay for all services and materials rendered to me by Dr. Robert D. Forbes & Assoc. P.C. / Town Center Vision

**Patient Signature**

| Patient ID | Last Name | First Name | Account Responsibility | Fee Slip # |
|---|---|---|---|---|
| 3001652 | Nosler | Alfred | Nosler, Alfred L | 604522 |

| Superbill Description | Provider | Service Date | Transaction Date |
|---|---|---|---|
| | Dr. Robert D. Forbes | 6/7/2006 | 6/7/2006 |

Referring Physician (Last, First)  UPIN  Facility Name

**Diagnostic Codes**
1. V43.1
2. 
3. 
4. 

**Patient Amount Owing (This Bill)**
**270.00**

Next Exam

Tax ID Number: 931285337

Prior Auth. #

| Short Cut | Cat | Services & Procedures | ID | CPT Code | Mod | Charge /Units | Units | Patient Discount | Tx | Tax | Patient Owes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 035 | 6 | Post Cataract Surgery Global Fee | 1 | 66984 | 55 LT | 270.00 | 1 | 0.00 | | 0.00 | 270.00 |

Late Fee

**Total Charges** 270.00

**Initial Payment, Refund or Credit**

| Entered By | Visa/MC | Discover | Other Card | Cash | Check | Adjustmt. | Ins. Adj. | Patient Refund | Reverse Adjustmt. | Patient Credit | Pat. Appl. Credit | Payment Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BA | | | | | | | | | | | | medicare has failed to |

**Notes**

Exhibit C

Please Make Checks Payable To:

**Dr. Robert D. Forbes & Assoc. P.C. /
Town Center Vision**
Dr. Robert D. Forbes
12000 SE 82nd Ave. Suite 2012
Clackamas Town Center Mall,
Portland OR 97086
(503) 652-1479

Nosler, Alfred L

10806 Se Sunnyside Rd.

Clackamas OR 97015

## Statement

| Date | Total Charges | Insur. Owes | Secondary | Patient Owes |
|---|---|---|---|---|
| 06/24/07 | 270.00 | 0.00 | 0.00 | 270.00 |

Please Pay This Amount

| Account Name | Patient ID | Patient | Description | Slip # | Service Date |
|---|---|---|---|---|---|
| Nosler, Alfred L | 3001652 | Alfred | | 604522 | 06/07/06 |

| Date | Pat. Pay | Adjustmt | Ins Pay | Ins Adj | Sec Pay | Sec Adj | Services & Procedures | Units | Charge | Tx | Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/06 | | | | | | | Post Cataract Surgery Global | 1 | 270.00 | | 0.00 |
| 03/05/07 | | | | | | | | | | | |
| 04/03/07 | | | | | | | | | | | |
| 05/04/07 | | | | | | | | | | | |
| 06/04/07 | | | | | | | | | | | |
| Totals | | | | | | | | | | | |

Late Fee [ ]

Total Charges [ 270.00 ]

Total Patient Adjustment [ ]

Exhibit D

Official Form 6F (12/06)

In re **Alfred Leon Nosler**                                              Case No. __6:07-bk-00188__
                                          Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community - H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx1652 <br><br> Dr. Robert D. Forbes & Asoc <br> Town Center Vision <br> 12000 SE 82nd Ave <br> Ste 2012 <br> Happy Valley, OR 97086 | | | medical bill | | | | 270.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page)    **270.00**

Total (Report on Summary of Schedules)    **270.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N 32252-070205    Best Case Bankruptcy

Exhibit F.